# BLAU BROWN & LEONARD LLC

224 West 30th Street • Suite 809 • New York • New York 10001
Telephone (212) 725-7272 • Facsimile (212) 488-4848
www.bbpc-law.com

Members of NY, NJ & PA Bars

111 Kinderkamack Road
River Edge • NJ 07661
Telephone (201) 386-1777
Facsimile (201) 386-1788
800-9100-LAW

November 3, 2009

*Via ECF*
Magistrate Judge Joel Schneider
United States District Court, District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re: *Dare et al. v. Comcast Corp., et al.*
         Civil Action No.: 1:09-cv-04175 NLH-JS

Dear Magistrate Schneider,

  We represent plaintiffs and the putative class in the above-referenced action. We write in furtherance to your Honor's directive during the telephone conference on October 30, 2009.

  We have reviewed plaintiffs' motion submission pursuant to Fed. R. Civ. P. Rule 21, for an order granting severance and remand of all of plaintiffs' Rule 23 New Jersey state wage and hour claims [Docket No. 26] to Gloucester Superior Court. Plaintiffs' action was commenced in Gloucester Superior Court on July 7, 2009. Plaintiffs' motion seeks to remand the state causes of action to Gloucester Superior Court, which will preserve the July 7, 2009 filing date for statute of limitation purposes.

  While it appears that plaintiffs have grounds to seek dismissal *without* prejudice to re-initiate the state claims in Gloucester, pursuant to Federal Rule of Civil Procedure 41(a)(2), this relief will undoubtedly cause plaintiffs to lose at least four (4) months of the statutory recovery period.

  As such, we respectfully request that plaintiffs' motion to sever and remand plaintiffs' Rule 23 New Jersey State Wage and Hour causes of action to Gloucester Superior Court be granted.

              Respectfully,

              Shelly A. Leonard

SAL/tt

cc via ECF: JAMIE B. LEHRER

DANIEL V. JOHNS  
STEPHEN KASTENBERG  
CHRISTINE P. O'HEARN  
DIANE S. KANE